UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BENITO GARCON, as Administrator of the Estate of
FEDNA FEDE, and BENITO GARCON individually,

        Docket No: 20-CV-00980

    Plaintiffs,

        **NOTICE OF REMOVAL**

  -against-

MONTEFIORE MEDICAL CENTER, MONTEFIORE
MEDICINE ACADEMIC HEALTH SYSTEM, INC.,
ALBERT EINSTEIN COLLEGE OF MEDICINE,
RISHI MALHOTRA, M.D., MONTEFIORE NYACK
HOSPITAL a/k/a THE NYACK HOSPITAL, COMMUNITY
MEDICAL and DENTAL CARE, INC., RAYMOND E.
MARCOVICI, M.D., and DANIEL H. LAURY, M.D.,

    Defendants.
-----------------------------------------------------------------------X

    Pursuant to 28 U.S.C. §1332 and 1441, defendants COMMUNITY MEDICAL and DENTAL CARE, INC. and DANIEL H. LAURY, M.D., by the undersigned attorneys **VIGORITO, BARKER, PATTERSON, NICHOLS & PORTER, LLP** hereby remove to the United States District Court for the Southern District of New York the civil action pending in the Supreme Court of the State of New York, County of Bronx, Index No. 20742/2020E. In support of its notice and grounds for removal, defendants state as follows:

    1.    On January 27, 2020, defendants COMMUNITY MEDICAL and DENTAL CARE, INC. and DANIEL H. LAURY, M.D. were served with a Summons and Complaint, of which a true and correct copy is attached hereto as **Exhibit "A."** The Summons and Complaint constitutes the prior pleadings to date, which upon good faith information and belief seeks damages for physical injuries and economic damages in excess of $75,000, the amount of actual damages is and will be in dispute. It is unknown if plaintiff has perfected service on codefendants, MONTEFIORE MEDICAL CENTER, MONTEFIORE MEDICINE ACADEMIC

HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE, RISHI MALHOTRA, M.D., MONTEFIORE NYACK HOSPITAL a/k/a THE NYACK HOSPITAL, COMMUNITY MEDICAL and RAYMOND E. MARCOVICI, M.D.

2. This Notice of Removal is filed within 30 days after receipt by defendants COMMUNITY MEDICAL and DENTAL CARE, INC. and DANIEL H. LAURY, M.D. of service of the Summons & Complaint and is therefore timely filed under 28 U.S.C. §1446(b).

3. According to the Summons and Complaint, plaintiff BENITO GARCON is an individual who resides in the Indianapolis, Indiana.

4. According to the Summons and Complaint, defendant Montefiore Medical Center is a New York state not-for-profit company located in the state of New York, located at 111 East 210th Street, Bronx, New York 10467.

5. According to the Summons and Complaint, defendant Montefiore Medicine Academic Health System is a New York state not-for-profit company located in the state of New York, located at 111 East 210th Street, Bronx, New York 10467.

6. According to the Summons and Complaint, defendant Albert Einstein College of Medicine is a New York state not-for-profit company located in the state of New York, located at 111 East 210th Street, Bronx, New York 10467.

7. According to the Summons and Complaint, and upon information and belief, Community Medical and Dental Care, Inc. is a New York state not-for-profit company located in the state of New York, located at 49 Robert Pitt Drive, Monsey, NY 19052.

8. According to the Summons and Complaint, defendant Rishi Malhorta, M.D. is an individual located in the state of New York, located at 111 East 210th Street, Bronx, New York 10467.

9. According to the Summons and Complaint, defendant Montefiore Nyack Hospital is a New York state not-for-profit company located in the state of New York, located at 160 North Midland Avenue, Nyack, New York 10960.

10. According to the Summons and Complaint, defendant Raymond E. Marcovici, M.D. is an individual located in the state of New York, located in New York state in New York County and Westchester County.

11. According to the Summons and Complaint, defendant Daniel H. Laury, M.D. is an individual located in the state of New York, located at 38 Morton Street, Apt. A, Malone, New York 12953.

12. For the foregoing reasons, this Court has original jurisdiction of this civil action pursuant to 28 U.S.C. §1332(a)(1) as it is a matter between citizens of different states with the amount of controversy exceeding $75,000.00 exclusive of interests and costs, the amount of the actual damages is and will be in dispute. Removal is proper under 28 U.S.C. §1441(a) because this Court has diversity jurisdiction.

13. A Notice of Filing of Notice of Removal will be filed in the Supreme Court of the State of New York, County of Bronx, with copies served on counsel of record, pursuant to 28 U.S.C. §1446(a) and (d).

14. By filing this Notice of Removal, Defendants do not waive any defenses, including without limitation, lack of personal jurisdiction, improper venue of forum, all defenses specified in Fed. R. Civ. P. 12, or any other defense.

WHEREFORE, defendants hereby give notice that the above-referenced action now pending against them in the Supreme Court of Bronx County, New York, has been removed therefrom to this Court.

Dated: Valhalla, New York
February 5, 2020

                                      Yours, etc.,

                                      VIGORITO, BARKER, PATTERSON,
NICHOLS & PORTER, LLP

By: *Dylan Braverman*

Dylan Braverman (DB 5501)
(d.braverman@vbpnplaw.com)
*Attorneys for Defendants*
COMMUNITY MEDICAL and DENTAL
CARE, INC. and DANIEL H. LAURY, M.D.
115 E. Stevens Avenue, Suite 206
Valhalla, New York 10595
(914) 495-4805

TO:    WILLIAM SCHWITZER & ASSOCIATES, P.C.
*Attorneys or Plaintiffs*
820 Second Avenue, 10th Floor
New York, New York 10017
(212) 685-7800