```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BENITO GARCON,                                              :
                                                            :
                              Plaintiff,                    :         20-CV-980 (PGG) (OTW)
                                                            :
                -against-                                   :         ORDER
                                                            :
MONTEFIORE MEDICAL CENTER, et al.,                          :
                                                            :
                              Defendants.                   :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

**The April 22, 2020 Initial Case Management Conference at 2:30 pm is converted to a telephonic conference at the same time.** The dial-in information is: (866) 390-1828; access code 1582687. Parties are directed to follow ECF 9 regarding procedures for the Rule 26(f) report and file such by **April 15, 2020**. The Rule 26(f) report should also indicate whether parties would like an early telephonic settlement conference in light of the current COVID-19 pandemic.

      The Centers for Disease Control and the World Health Organization have advised people to take precautions regarding the COVID-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-MC-155. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is hereby ordered that parties and counsel shall conduct work remotely. This includes, but is not limited to, client meetings, work meetings, and hand deliveries of courtesy copies to the Court (courtesy copies can be sent via

email or mail).

**Nothing in this Order prevents the parties from seeking to further modify the pretrial schedule in light of the COVID-19 pandemic (or for any other good cause).**

Before seeking such relief, the parties must, as always, meet and confer (via remote means) in a good faith effort to reach agreement on how best to fulfill the goals of Rule 1 while avoiding unnecessary health risks. If any party or counsel has any private, personal, familial or medical concerns that they need to share with the Court that would necessitate further orders, they may email Wang_NYSDChambers@nysd.uscourts.gov *ex parte* provided that they advise the other parties that they will be contacting the Court *ex parte*.

**SO ORDERED.**

Dated: March 26, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge