**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
BENITO GARCON,

               Plaintiff,                      20-CV-980 (PGG) (OTW)

          -against-                      **ORDER**

MONTEFIORE MEDICAL CENTER, et al.,

              Defendants.

-------------------------------------------------------------x

    **ONA T. WANG**, **United States Magistrate Judge**:

    The Court is in receipt of the Defendants' pre-motion conference letters regarding a motion to dismiss for lack of subject matter jurisdiction and Plaintiff's letter indicating that he would like to amend the complaint, including adding an EMTALA cause of action. (ECF 16, 19, 20, 21, 22). **The parties are directed to meet and confer regarding the proposed amendments and file a joint letter by COB tomorrow, April 21, 2020.** The letter should state whether Defendants consent to the amendment, and, if there is no consent, a proposed briefing schedule for a motion for leave to amend the complaint. *See* Fed. R. Civ. P. 15.

    The dial-in information for the 2:30 pm April 22, 2020 telephonic conference is (866) 390-1828; access code 1582687.

Additionally, Defendant Montefiore Nyak Hospital s/h/a Montefiore Nyack Hospital a/k/a The Nyack Hospital improperly filed its Rule 26 Initial Disclosures on the docket. *See* Local Civil Rule 5.1. The Clerk of Court is directed to strike ECF 18.

**SO ORDERED.**

|  |  |
|---|---|
|  | *s/ Ona T. Wang* |
| Dated: April 20, 2020 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |