UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BENITO GARCON, as Administrator of the Estate
of FEDNA FEDE, and BENITO GARCON,
Individually,

               Plaintiffs,

  - against –

MONTEFIORE MEDICAL CENTER,
MONTEFIORE MEDICINE ACADEMIC
HEALTH SYSTEM, INC., ALBERT EINSTEIN
COLLEGE OF MEDICINE, RISHI MALHOTRA,
M.D., MONTEFIORE NYACK HOSPITAL a/k/a
THE NYACK HOSPITAL, COMMUNITY
MEDICAL and DENTAL CARE INC.,
RAYMOND E. MARCOVICI, M.D., and DANIEL
H. LAURY, M.D.
-----------------------------------------------------------------X

Index No.: 20-cv-00980- (PGG/OW)

**NOTICE FOR MOTION TO AMEND COMPLAINT**

PLEASE TAKE NOTIVE that upon the annexed Declaration, the exhibits annexed hereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings ad herein the Plaintiff BENITO GARCON, as Administrator of the Estate of FEDNA FEE, and BENITO GARCON, will move before the Honorable Honorable G. Gardephe, United States District Judge, of the United States District Court, Southern District of New York located at 500 Pearl Street, New York, NY 1007 for an Order pursuant to F.R.C.P Rule 15 (a) and Rule 21 granting Plaintiff's motion to Amend his Complaint, and for what other and further relief this Court deems just and proper

Dated: New York, New York
       May 22, 2020

                                     Respectfully submitted
                                     WILLIAM SCHWITZER
                                     & ASSOCIATES, P.C.

/s/ Pamela M. Harinstein (2770)
By: Pamela Harinstein, Esq.

***Attorneys for Plaintiff(s)***
***BENITO GARCON, as Administrator of the***
***Estate of FEDNA FEE, and BENITO GARCON***
820 Second Avenue
New York, New York 10017
Tel: 212-683-3800

To:  via electronic filing

Vincent Gallo, Esq.
vgallo@hpmb.com
Heidell, Pittoni, Murphy & Back, LLP
99 Park Avenue
New York, New York 10016

Milan Spisek, Esq.
Milan.spisek@wilsonelser.com
Wilson Elser, Moskowitz, Edelman & Dicker
1133 Westchester Avenue
White Plains, New York 10604

Dylan Braverman, Esq.
d.braverman@vbpnplaw.com
Vigorito Barker Patterson Nichols & Porter, LLP
300 Garden City Plaza, Suite 308
Garden City, New York 11530

Sari Havia, Esq.
shavia@sacslaw.com
Shaub, Ahmuty, Citrin & Spratt, LLP
77 Water Street
New York, New York 10005

## DECLARATION OF SERVICE

**PAMELA M. HARINSTEIN**, an attorney duly admitted to practice law before this Court, hereby certifies the truth of the following:

I served a true copy of the annexed **DECLARATION OF PAMELA HARINSTEIN IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT** on **May 22, 2020**, by e-filing same to ECF, electronically mailing and/or by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

Vincent Gallo, Esq.
vgallo@hpmb.com
Heidell, Pittoni, Murphy & Back, LLP
99 Park Avenue
New York, New York 10016

Milan Spisek, Esq.
Milan.spisek@wilsonelser.com
Wilson Elser, Moskowitz, Edelman & Dicker
1133 Westchester Avenue
White Plains, New York 10604

Dylan Braverman, Esq.
d.braverman@vbpnplaw.com
Vigorito Barker Patterson Nichols & Porter, LLP
300 Garden City Plaza, Suite 308
Garden City, New York 11530

Sari Havia, Esq.
shavia@sacslaw.com
Shaub, Ahmuty, Citrin & Spratt, LLP
77 Water Street
New York, New York 10005

/S/ Pamela M. Harinstein

**PAMELA M. HARINSTEIN**

Docket No.: 20-cv-00980- (PGG/OW)
UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF NEW YORK

---

BENITO GARCON, as Administrator of the Estate
of FEDNA FEDE, and BENITO GARCON,
Individually,
                         Plaintiff,

       - against -

MONTEFIORE MEDICAL CENTER,
MONTEFIORE MEDICINE ACADEMIC
HEALTH SYSTEM, INC., ALBERT EINSTEIN
COLLEGE OF MEDICINE, RISHI MALHOTRA,
M.D., MONTEFIORE NYACK HOSPITAL a/k/a
THE NYACK HOSPITAL, COMMUNITY
MEDICAL and DENTAL CARE INC.,
RAYMOND E. MARCOVICI, M.D., and DANIEL
H. LAURY, M.D.

                         Defendant.

---

### NOTICE OF MOTION TO AMEND COMPLAINT

---

**WILLIAM SCHWITZER & ASSOCIATES, P.C.**
*Attorneys for Plaintiff(s)*
**820 Second Avenue**
**New York, New York 10017**
**(212) 683-3800**