# QUELLER, FISHER, WASHOR, FUCHS & KOOL and
# THE LAW OFFICE OF WILLIAM A. GALLINA, LLP

**BARRY WASHOR**
**JONNY KOOL** ★
**DALLIN M. FUCHS**•
**WILLIAM A. GALLINA**
————
**DAVID L. ENGELSHER**
**MATHEW J. MAIORANA**
**DAVID V. MARRONE**
**KEVIN S. MCDONALD**
**CHRISTOPHER L. SALLAY**•
**BRIAN S. SCHWARTZ**•
**PABLO A. SOSA**

**ATTORNEYS AT LAW**
**233 BROADWAY SUITE 1800**
**NEW YORK, NEW YORK 10279**
**(212) 406-1700**
**FACSIMILE**
**(212) 406-2313**
WWW.QUELLERFISHER.COM

**Please Reply to New York Office**

**BRONX OFFICE**
**1250 WATERS PLACE SUITE 708**
**BRONX NEW YORK 10461**
**(718) 892-0400**
**FACSIMILE**
**(718) 892-0033**
WWW.GALLINALAW.COM
————

★ ALSO ADMITTED IN MA
• ALSO ADMITTED IN NJ

April 27, 2022

VIA ECF
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *Garcon v. Montefiore Med. Ctr., et al.*
    C.A.N.: 20 Civ. 00980

Dear Judge Gardephe:

  I write as plaintiff's counsel, on behalf of all parties, regarding subject matter jurisdiction and further to my April 20, 2022 letter (Dkt. #53). All parties have corresponded via email regarding remand and agree the case should be remanded to state court.

  Thank you for your consideration of this matter.

            Respectfully,

            Matthew J. Maiorana

cc: (via ECF)
   Milan P. Spisek, Esq.
   Wilson Elser Moskowitz Edelman & Dicker, LLP
   1133 Westchester Avenue
   White Plains, New York 10604

   Sari A. Havia, Esq.
   Shaub Ahmuty Citrin & Spratt, LLP
   77 Water Street
   New York, New York 10005

**Queller, Fisher, Washor, Fuchs & Kool** and
**The Law Office of William A. Gallina, LLP**

Page 2
Hon. Paul G. Gardephe
Re: *Garcon v. Montefiore Med. Ctr., et al.*
April 27, 2022

    Alejandra R. Gil, Esq.
    Heidell Pittoni Murphy & Bach, LLP
    81 Main Street
    White Plains, New York  10601

    Dylan C. Braverman, Esq.
    Vigorito, Barker, Patterson, Nichols & Porter, LLP
    115 E. Stevens Avenue, Ste. 206
    Valhalla, New York  10595